## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

LAURA J. VASQUEZ,

      **Plaintiff,**

v.                                      **No. 13-cv-0777 LH/SMV**

TIERRA DEL SOL HOUSING CORP.,

      **Defendant.**

### ORDER ADOPTING JOINT STATUS REPORT
### AND PROVISIONAL DISCOVERY PLAN

      THIS MATTER is before the Court on a Rule 16 scheduling conference.  Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 8], filed September 18, 2013, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order, filed concurrently herewith.

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**