IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| LAURA J. VASQUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | No.: 2:13-CV-00777-LH-SMV |
| TIERRA DEL SOL | § | |
| HOUSING CORP., | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE
### TO FILE PRETRIAL ORDER

On this day, the Court considered the parties "Joint Motion to Extend Deadline to File Pretrial Order" filed in the above-captioned cause. After due consideration, the Court is of the opinion that the Motion should be granted.

Accordingly, **IT IS HEREBY ORDERED** that Defendant shall file the Pretrial Order on or before August 12, 2014.

**SIGNED** this 6th day of August, 2014.

_____
**THE HONORABLE STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**

Approved as to form and substance:

 /s/ Enrique Chavez, Jr.                  /s/ Clara B. Burns
Enrique Chavez, Jr.                      Clara B. Burns
Attorney for Plaintiff                     Attorney for Defendant